IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY EKERS, | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:12-CV-146 (WLS) |
| DR. ED BAILEY, *et al.*, | : | |
| Defendants | : | **O R D E R** |

Plaintiff **JOHN ANTHONY EKERS**, an inmate at Telfair State Prison, has filed a motion to proceed *in forma pauperis* ("IFP") on appeal (Doc. 24). Plaintiff wishes to appeal this Court's dismissal of his lawsuit filed under 42 U.S.C. § 1983. In the Court's best judgment, an appeal from its Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3); *see also Skillern v. Georgia Dept. of Corrections Commissioner*, 379 F. App'x 859 (11th Cir. 2010) (unpublished). Plaintiff's motion to proceed IFP on appeal is accordingly **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Telfair State Prison.

**SO ORDERED**, this   7th   day of May, 2013.

/s/ W. Louis Sands
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE